**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GURDEEP SINGH,                          :
                Petitioner,           :
                                :
     v.                                  :          **Civ. No. 26-2778**
                                :
JOHN E. RIFE, *et al.*,                  :
                Respondents.         :

---

**O R D E R**

     **AND NOW**, this 27th day of May, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL CLOSE** this case.

                                         **AND IT IS SO ORDERED.**


                                    */s/ Paul S. Diamond*
                                      Paul S. Diamond, J.

1